UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NANSEN OLSON,<br><br>　　　Plaintiff,<br><br>And<br><br>DANA L. OLSON,<br><br>　　　Plaintiff - Appellant,<br><br>V.<br><br>MATANUSKA SUSITNA BOROUGH,<br><br>　　　Defendant,<br><br>And<br><br>STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES; et al.,<br><br>　　　Defendants - Appellees. | No. 05-35204<br>D.C. No. CV-97-00219-HRH<br><br>**JUDGMENT** |

　　　Appeal from the United States District Court for the District of Alaska (Anchorage).

　　　This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/16/05



**FILED**

**NOT FOR PUBLICATION**

**NOV 16 2005**

UNITED STATES COURT OF APPEALS

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

FOR THE NINTH CIRCUIT

| | |
|---|---|
| NANSEN OLSON, | No. 05-35204 |
| Plaintiff, | D.C. No. CV-97-00219-HRH |
| and | |
| DANA L. OLSON, | MEMORANDUM* |
| Plaintiff - Appellant, | |
| v. | |
| STATE OF ALASKA DEPARTMENT OF NATURAL RESOURCES; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Alaska
H. Russel Holland, District Judge, Presiding

Submitted November 8, 2005**

Before: WALLACE, LEAVY, and BERZON, Circuit Judges.

---

\*      This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Dana L. Olson appeals pro se the district court's order denying relief from judgment following its judgment dismissing her land use action for failure to state a claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993), and we affirm.

The district court properly concluded that Olson's motion, filed six years after the court dismissed her action, was timely only if construed as a motion under Fed. R. Civ. P. 60(b)(6), and that she failed to demonstrate "extraordinary circumstances." *See* Fed. R. Civ. P. 60(b); *United States v. Alpine Land & Reservoir Co.*, 984 F.2d 1047, 1049 (9th Cir. 1993).

Olson's remaining contentions are unpersuasive.

**AFFIRMED.**



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 19 2006

by: _____
Deputy Clerk

2