UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: 07/26/05

To: United States Court of Appeals
    For the Ninth Circuit
    Office of the Clerk
    95 Seventh Street
    San Francisco, California 94103

ATTN: (xxxx) CIVIL

( ) CRIMINAL

( )JUDGE

From: Shari Fuhrer
    U.S. District Court of Alaska
    222 West 7th Avenue # 4
    Anchorage, Alaska 99513

*RECEIVED MAR 0 6 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA*

*FILED JUL 2 8 2005 CATHY A. CATTERSON, CLERK U.S. COURT OF APPEALS*

DC No: A97-219CV(HRH)       Appeal No: 05-35204

Short title: OLSON B STATE OF ALASKA

Composition of Record

Clerk's Files in 5 _____ volumes   ( ) original   ( ) certified copy

    Bulky docs. _____ volumes, docket # _____
                               (folders)

Reporter's in _____ volumes   ( ) original   ( )certified copy
Transcripts

Exhibits: in _
_____ envelopes   ( ) under seal

    in _____ boxes   ( ) under seal

Other: _____

_____

(please note any documents filed under seal)

Acknowledgement: _____   Date: 7/28/05
"record.app" [11/21/97]